Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Jasmine Behroozan, SBN 325761
jasmine@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PAUL MERRELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HAYTAYAN JEWLERS, INC., a California corporation, d/b/a LEON'S OF BEVERLY HILLS; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 5:20-02614-JBG-KK<br><br>**NOTICE OF SETTLEMENT** |

NOTICE OF SETTLEMENT

1  Plaintiff, Richard Paul Merrell ("Plaintiff") hereby notifies the Court that the
2  claims of Plaintiff have settled on an individual basis. A notice of dismissal of
3  Plaintiff's individual claims in accordance with Federal Rule of Civil Procedure
4  41(a)(1)(A)(i) will be filed upon execution of a formal settlement agreement.
5  Plaintiff reserves the right to reopen within thirty (30) days if a settlement is not
6  finalized.

8  Dated: April 15, 2021                    Respectfully Submitted,

10                                          */s/ Thiago M. Coelho*
11                                          Thiago M. Coelho
                                            Jazmin Behroozan
12                                          **WILSHIRE LAW FIRM**
                                            *Attorneys for Plaintiff and*
13                                          *Proposed Class*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

1
NOTICE OF SETTLEMENT

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 15, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: April 15, 2021        */s/ Thiago M. Coelho*
                              Thiago M. Coelho