Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Jasmine Behroozan, SBN 325761
jasmine@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorney for Plaintiff and Proposed Class*

Justin G. Schmidt, SBN 248872
justinschmidt@emiliolaw.com
**EMILIO LAW GROUP**
12832 Valley view Street, Suite 106
Garden Grove, CA 92845
Telephone: (949) 705-3000
Facsimile: (714) 379-5444
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PAUL MERRELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HAYTAYAN JEWELERS, INC., a California corporation, d/b/a LEON'S OF BEVERLY HILLS; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 5:20-cv-02614-JGB-KK<br><br>*Honorable Jesus G. Bernal*<br><br>**JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)**<br><br>Complaint filed: December 18, 2020 |

///

///

///

1
**JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)**

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Richard Paul Merrell ("Plaintiff") and Defendant Haytayan Jewelers, Inc. ("Defendant"), stipulate and hereby jointly request that this Court enter a dismissal with prejudice in its entirety of the above-entitled action. Each party shall bear his or its own costs, expert fees, and attorneys' expenses.

**IT IS SO STIPULATED.**

Dated: July 19, 2021                                **WILSHIRE LAW FIRM**

*/s/ Thiago M. Coelho*
Thiago M. Coelho, Esq.
*Attorneys for Plaintiff and Proposed Class*

Dated: July 19, 2021                                **EMILIO LAW P.C.**

*/s/ Justin G. Schmidt*
Justin G, Schmidt, Esq.
*Attorneys for Defendant*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

2

**JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)**

**Certification Pursuant to Section 2(f) of Electronic Case Filing Administrative Policies and Procedures Manual**

Pursuant to Section 2(f) of the Electronic Case Filing Administrative Policies and Procedures Manual, I, Thiago M. Coelho, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 19, 2021         By:  /s/ Thiago M. Coelho
                                  Thiago M. Coelho